CAUSE NUMBER_____

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

**FILED IN**
**COURT OF CRIMINAL APPEALS**
**APR 13 2015**
**Abel Acosta, Clerk**

Joshua Johnson,

Applicant

v.

The State of Texas,

Respondent

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**
**APR 06 2015**
**Abel Acosta, Clerk**

Petition For Discretionary Review

From The Fourteenth Court Of Appeals

**MOTION FOR EXTENSION TO FILE PDR**

TO THE HONORABLE JUSTICES IN THE COURT OF CRIMINAL APPEALS:

COMES NOW, JOSHUA JOHNSON, TDCJ-ID# 01906857, Applicant, pro se, and respectfully moves this Court to extend the deadline for filing a Petition For Discretionary Review in Appeal Cause Number 14-14-00066-CR, Joshua L. Johnson v. State of Texas, by sixty days. In support, Applicant would show the following:

- 1 -

## I.

The Fourteenth Court of Appeals affirmed Applicant's conviction on March 17, 2015. Applicant was not notified of this ruling until March 25, 2015. The deadline for Applicant to file a Petition For Discretionary Review (PDR) is thirty days from the decision of the Court of Appeals.

## II.

Applicant is currently incarcerated in the Texas Department of Criminal Justice - Institutional Division at Telford Unit, 3899 State Hwy. 98, New Boston, Texas 75570. The Unit that Applicant is housed in is currently under an annual lockdown which prohibits Applicant from utilizing the Law Library at his Unit to research and argue the erroneous judgment from his direct appeal. Due to lockdown status Applicant cannot use the telephone to contact people that may help him in is effort for justice. Applicant's movement and ability to correspond is completely at a standstill. The Unit could be on lockdown for thirty days which impedes Applicant's ability to research his case.

## III.

Applicant is not trained in the law and has limited knowledge of how the legal system works. Applicant will need some extra time to familiarize himself with the Law Library once his lockdown is over.

## IV.

This is Applicant's first request for an extension of time in this matter.

## V.

For the reasons stated above, Applicant respectfully requests an additional sixty days to complete his Petition For Discretionary Review in support of his appeal.

### PRAYER

Applicant prays that this Court grant this motion and extend the time to file Applicant's Petition For Discretionary Review by sixty days extending the deadline to June 17,2015.

Respectfully submitted,

JOSHUA L. JOHNSON
TDCJ-ID# 01906857
Telford Unit
3899 State Hwy. 98
New Boston,TX 75570

Pro Se

- 3 -

JOSHUA L. JOHNSON
TDCJ-ID# 01906857
Telford Unit
3899 State Hwy. 98
New Boston, TX 75570

\* LEGAL MAIL \*

14th COURT OF APPEALS
301 FANNIN, ROOM 245
HOUSTON, TEXAS 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE





U.S POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W         $ 000.49⁰
0001378733 APR 01 2015

SHREVEPORT LA 710

26 MAR 2015 PM 2 L

FOURTEENTH COURT OF APPEALS

301 Fannin, Suite 245

Houston, TX 77002

77002206Z CO15

Court of Criminal Appeals
P O Box 12308
Austin TX 78711